**Sylvia A. KAPEN, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
Respondent.

No. 05–3200.

United States Court of Appeals,
Federal Circuit.

Sept. 13, 2005.

Sylvia A. Kapen, pro se.

ORDER

Petitioner having paid the initial fee, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Respondent's brief is due within 21 days of the date of filing of this order.

**Harold E. HUGHES, Petitioner,**

v.

**DEPARTMENT OF THE TREASURY,**
Respondent.

No. 05–3324.

United States Court of Appeals,
Federal Circuit.

Sept. 15, 2005.

ORDER

Order Vacated, See 147 Fed.Appx. 191.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.